# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-50292

In re: ALI IBRAHIM,

        Petitioner

1:09-cv-786-SS

Petition for a Writ of Mandamus to the
Western District of Texas, Austin

Before KING, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is *denied*

    IT IS FURTHER ORDERED that the request of the petitioner for stay of the trial pending the resolution of the mandamus is *denied*.

*MOT18*